OSCAR BLOOM, Respondent, v. SELGLO CORPORATION, Appellant.— Order unanimously modified by directing that the proposed case on appeal include those portions of the summation of the attorney for the plaintiff to which objection was made by the attorney for the defendant and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Application to Stay Arbitration between BUSTER BOY SUIT CO., INC., Appellant, and SPRINGS COTTON MILLS, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 274 App. Div. 782.]

LUCILLE JANIN, Appellant-Respondent, v. HARRY JANIN, Respondent-Appellant, et al., Defendants. (Divorce Action.) LUCILLE JANIN, Appellant-Respondent, v. HARRY JANIN, Respondent-Appellant. (Separation Action.) — Orders unanimously affirmed, without costs. No opinion. Settle orders on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of ELMER T. W. BENSON et al., Appellants, against JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of JACK EISENSTEIN, Appellant, against ARTHUR W. WALLANDER, as Commissioner of Police of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of CHARLES L. BROSS et al., Appellants, against WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

LOUIS DOERFLINGER, Respondent, v. OVSAY LIPETZ et al., Appellants.— Order entered December 31, 1947, so far as appealed from, unanimously affirmed. The date for the examination to proceed to be fixed in the order. Order dated January 20, 1948, and entered January 30, 1948, so far as appealed from, unanimously affirmed. Order dated and entered January 30, 1948, so far as appealed from, unanimously affirmed. The date for the examination to proceed to be fixed in the order. One bill of $20 costs and disbursements is awarded to respondent. No opinion. Settle orders on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ANNA KLIPACK et al., Copartners Doing Business under the Name of ATLAS FRINGING & SPORTSWEAR CO., Appellants, v. RAYMAR NOVELTIES, INC., Respondent.— Order, so far as appealed from, unanimously modified by denying the motion to vacate items 2, 3 and 4 of plaintiffs' notice of examination before trial and as so modified affirmed, with $20 costs and disbursements to the appellants. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.